UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Dlugolecki,<br>　　　*Plaintiff*,<br><br>　　　v.<br><br>Town & Country,<br>　　　*Defendant*. | Civil No. 3: 07cv1113 (JBA) |

**ORDER**

On October 21, 2008, counsel reported that this matter has settled. The case will now be administratively closed, and the Clerk is directed to close the file without prejudice to reopening on or before November 21, 2008.

If the parties wish to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may do so on or before November 21, 2008.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with D. Conn. L. Civ. R. 7.

The Court very much appreciates the efforts of counsel, as well as Special Master Dean Cordiano, in settling this matter.

　　　　　　　　　　　　　　　　　　　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:　<u>October 21, 2008</u>